# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

————————————————

BRADLEY THOMAS SCHLANGEN,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-0278

————————————————

November 14, 2025

Appeal from the Circuit Court for Pinellas County; Philippe Matthey, Judge.

Blair Allen, Public Defender, and Maura J. Kiefer, Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, for Appellee.


PER CURIAM.

Affirmed.

VILLANTI, KHOUZAM, and SMITH, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.